IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No. 15-CR-00354-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JESUS ROBERTO SANCHEZ TARIN,

    Defendant.

---

## FINDINGS OF FACT, CONCLUSIONS OF LAW and REASONS FOR ORDER OF DETENTION

---

    This matter comes before the court on October 25, 2017 for preliminary hearing and detention hearing on the Petition to Revoke Supervised Release. The court has accepted a waiver of preliminary hearing by the defendant. In addition, the court has considered the proffer by the defendant and the government. Lastly, I have taken judicial notice of the court's file. Accordingly, I find, based upon the waiver of preliminary hearing, that probable cause exists to believe that the defendant violated one or more conditions of his Supervised Release.

    Under Rule 32.1, the court "may release or detain the [defendant] under 18 U.S.C. § 3143(a) pending further proceedings. The burden of establishing that the person will not flee or pose a danger to any other person or to the community rests with the [defendant]." Defendant is not contesting detention.

    In making my findings of fact, I have taken judicial notice of the information set forth in the Presentence Report and the entire court file. Under these circumstances, I find that the defendant has not sustained his burden. On the record before the court, I find that no condition or combination of conditions of release that will reasonably assure

the appearance of the defendant. Accordingly, I order the defendant detained without bond.

Done this 25th of October 2017.

BY THE COURT

S/ Michael J. Watanabe
_____
Michael J. Watanabe
U.S. Magistrate Judge